FILED

09/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0344

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0344

CITY OF MISSOULA,

     Plaintiff and Appellee,

v.

BRUCE ALLEN WINCHESTER,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 26, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 16 2020